UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

| | |
|---|---|
| *Peragine v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 13-cv-51147-DRH |
| *Jones v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 13-cv-51225-DRH |
| *Mallette v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50054-DRH |
| *Patterson v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50277-DRH |
| *Siegel v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50301-DRH |
| *Freely v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50309-DRH |
| *Williams v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50327-DRH |
| *Fuller v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-50416-DRH |
| *Palmer v. Boehringer Ingelheim Pharmaceuticals Inc., et al* | No. 14-cv-60005-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on October 30, 2014 the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                        **JUSTINE FLANAGAN,**
                        **ACTING CLERK OF COURT**

                        BY: /s/*Caitlin Fischer*
                              **Deputy Clerk**

**Dated:** October 30, 2014

David R. Herndon
2014.10.30
16:50:29 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**

2